

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 25-0101

GARRETT EDWARD VASKA,

     Petitioner,

     v.

MONTANA TWENTIETH JUDICIAL DISTRICT
COURT, LAKE COUNTY, THE HONORABLE
MOLLY OWEN, PRESIDING,

     Respondent.

ORDER

Petitioner Garrett Edward Vaska seeks a writ of supervisory control over the Twentieth Judicial District Court, Lake County, in its Cause No. DC-23-312. Vaska alleges the District Court erred by denying his motion to suppress evidence.

Pursuant to Article VII, Section 2(2), of the Montana Constitution, this Court may exercise supervisory control over other courts. The procedure governing a petition for writ of supervisory control is found within M. R. App. P. 14. Pertinent to our disposition of the present petition, M. R. App. P. 14(6) provides in part, "[i]f a petition . . . for a writ of supervisory control is filed with respect to any proceeding pending in the district court, the petition and any exhibits relating to a ruling of the district court must be served upon the district judge against whose ruling it is directed and upon all parties."

In this instance, Vaska served the petition and exhibits upon his own counsel and co-counsel, the Twentieth Judicial District Court, and Jill LaRance. He failed to serve the State of Montana as a party to the underlying case.

Vaska's failure to comply with the mandatory provisions of Rule 14(6) leaves this Court without jurisdiction to entertain the matter. *Mont. Power Co. v. Mont. Dep't of Pub. Serv. Regul.*, 218 Mont. 471, 479, 709 P.2d 995, 999 (1985) (holding that this Court acquires no jurisdiction to entertain and determine an appeal if the mandatory statutory provisions are

not complied with) (citing *In re Malick's Estate*, 124 Mont. 585, 228 P.2d 963 (1951) (dismissing an appeal where the appellant failed to serve notice of appeal as required by statute)); *B.D. & J.D. v. Thirteenth Jud. Dist.*, No. OP 21-0335, 405 Mont. 536, 495 P.3d 417 (July 20, 2021, *reh'g denied* Aug. 17, 2021).

IT THEREFORE IS ORDERED that the petition is DENIED and DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Twentieth District Court, Lake County, Cause No. DC-23-312, and the Honorable Molly Owen, presiding.

Dated this 18th day of February, 2025.

Justices